# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2754
L.T. Case Nos. 2016-101788-CFDL
2016-101798-CFDL

_____

FREDERICK THOMAS STAATS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Frederick Thomas Staats, Milton, pro se.

No Appearance for Appellee.

November 12, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____